BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON (Cal. Bar No. 274263)
Assistant United States Attorney
Riverside Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6930
    Facsimile: (951) 276-6202
    Email:    sean.peterson2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:25-mj-496 |
|---|---|
| Plaintiff, | |
| v. | UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE |
| CARLOS GUTIERREZ-CARDENAS, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Sean Peterson, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Complaint in the above-captioned case, charging defendant with Assaulting, Resisting, or Impeding Certain Officers or Employees, in violation of 18 U.S.C. § 111(a)(1), (b).

///

///

1  The United States requests that this dismissal be without
2 prejudice.  Counsel for defendant, Deputy Federal Public Defender
3 Luisa Tamez, does not object to plaintiff's request that the
4 dismissal be without prejudice.

6  Dated: August 22, 2025            Respectfully submitted,

7                                    BILAL A. ESSAYLI
                                     Acting United States Attorney

9                                    CHRISTINA T. SHAY
                                     Assistant United States Attorney
                                     Chief, Criminal Division

11                                      /s/
                                     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                     SEAN D. PETERSON
12                                   Assistant United States Attorney

13                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA